Argued March 22, 1966.

*Michael Shekmar,* for appellant; *Alan R. Squires,* with him *Jacob B. Abrams,* for appellees.

Order affirmed.

SPAULDING, J., took no part in the consideration or decision of this case.

## Jackson Unemployment Compensation Case.

Argued March 23, 1966. *Nettie Jackson,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

HOFFMAN and SPAULDING, JJ., dissented.

## Jake's Bar and Grill Liquor License Case.

Argued March 21, 1966. *I. Reines Skier,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Thomas F. Gill,* for appellee.

Order affirmed.

WRIGHT, J., dissented.

## Lehman Unemployment Compensation Case.

784

Submitted March 24, 1966. *John S. Lehman, Jr.,* appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.

### Reno Cafe, Incorporated Liquor License Case.

Argued March 25, 1966. *James Iannucci,* Special Assistant Attorney General, with him *Thomas J. Shannon,* Assistant Attorney General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant; *Isadore A. Shrager,* with him *Frank M. Jackson* and *Sydney Finkelstein,* for appellee.

Order affirmed.

### Stell(o), Appellant, v. Commonwealth et al.

Submitted March 14, 1966; reargument refused May 16, 1966. *Karl H. Stell(o),* appellant, in propria persona; *Gerald R. Walmer,* District Attorney, for Commonwealth, appellee.

Order affirmed.

### Streeter Co., Inc., Appellant, v. Murray.